ARTHUR E. FRIEDLAND et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 47235.)

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.